IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARQUIS KEWON OLIVER, #51815-509 | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) ) ) | CIV. ACT. NO. 1:25-cv-162-TFM-B
| | | CRIM. ACT. NO. 1:19-cr-167-TFM-B
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that the petition brought pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED with prejudice**. Further, Petitioner is not entitled to the issuance of a certificate of appealability and is not permitted to proceed *in forma pauperis* on appeal

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 18th day of February, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE